

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. WYNNE; GREGOR WYNNE ARNEY, P.L.L.C.; MICHAEL JOHN WYNNE, P.L.L.C.; 1ST AND TRINITY SUPER MAJORITY, L.L.C. AND 3RD AND CONGRESS SUPER MAJORITY, L.L.C., <br><br> Appellants, <br><br> v. <br><br> GREGORY S. MILLIGAN, IN HIS INDIVIDUAL CAPACITY AND AS RECEIVER FOR WC 1ST AND TRINITY LP AND WC 3RD AND CONGRESS, L.P.; THE ROY F. & JOANN COLE MITTE FOUNDATION; RAY CHESTER; STEPHEN WAYNE LEMMON; AND RHONDA BEAR MATES, <br><br> Appellees. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 08-20-00230-CV <br><br> Appeal from the <br><br> 250th District Court <br><br> of Travis County, Texas[1] <br><br> (TC# D-1-GN-20-003550) |

## MEMORANDUM OPINION

Pending before the Court is a motion from Appellants Michael J. Wynne (Appellant Wynne, individually) and Gregor Wynne Arney, P.L.L.C. and Michael John Wynne, P.L.L.C. (the P.L.L.C. Appellants) to "drop" Gregor Wynne Arney, P.L.L.C., and Michael John Wynne,

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.

P.L.L.C, as Appellants from this case. We construe this as a voluntary motion to partially dismiss the appeal as to only the P.L.L.C. Appellants. The motion is unopposed.

As such, the motion to dismiss brought by the P.L.L.C. Appellants is granted. The Court hereby dismisses this appeal in part as to Appellants Gregor Wynne Arney, P.L.L.C., and Michael John Wynne, P.L.L.C. The appeal remains pending as to all other remaining Appellants, including Appellant Michael J. Wynne, individually.


GINA M. PALAFOX, Justice

February 16, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.